UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN BONNEAU, | ) | Case No. 14-2609 JLS(JC) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| UNKNOWN WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

In accordance with the concurrently issued Order Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: <u>4-24-14</u>

                                              JOSEPHINE L. STATON
                                        _____
                                        HONORABLE JOSEPHINE L. STATON
                                        UNITED STATES DISTRICT JUDGE